1    IN THE UNITED STATES DISTRICT COURT FOR

2    THE SOUTHERN DISTRICT OF NEW YORK

3    Civil Action No. 1:16-cv-05165 (ER)

4    ---------------------------------------x

5    MARIA VECCHIO, individually and on behalf

6    of all others similarly situated,

7                          Plaintiffs,

8          -against-

9    QUEST DIAGNOSTICS INC., EXAMONE WORLD

10   WIDE, INC., and EXAMONE LLC,

11                         Defendants.

12   ---------------------------------------x

13                        February 22, 2019

                          10:00  a.m.

14

15      DEPOSITION of MARIA VECCHIO, taken by

16   the Defendants, pursuant to Notice, held

17   at the offices of Baker & McKenzie, LLP,

18   452 Fifth Avenue, New York, New York,

19   before Debbie Zaromatidis, a Shorthand

20   Reporter and Notary Public of the State of

21   New York.

22

23

24

1        A.    Depending on how many applicants

2    I was assigned and based off of the

3    paperwork that needed to be printed out,

4    it would vary between 30 minutes to an

5    hour, and if it was something that

6    was -- if the packet was more than a

7    hundred pages I would have to make sure I

8    get myself to the office or get myself to

9    a Staples to print it out.

10        Q.    Go back to Exhibit No. 3.

11    Actually I will wait.   You don't need to

12    look at that now.

13              So you stated this preexam prep

14    work would take 30 minutes to one hour to

15    complete?

16        A.    Thirty minutes to an hour to

17    complete in -- yes, based off of what is

18    being -- what is being assigned to me.

19        Q.    So the amount of time could

20    vary?

21        A.    Correct.

22        Q.    What would cause it to vary?

23        A.    Depending on what the

24    requirements are for each patient, it

Page 56

1   because of traffic and where the patients

2   were.   Maybe it would -- sometimes it was

3   10 minutes because it was around the

4   corner from my house.

5        Q.    When you lived in Staten Island,

6   were most of your exams performed in

7   Staten Island?

8            MS. MARLOW:   Objection to form.

9        A.    When I lived in Staten Island

10  all the that I did in Staten Island were

11  in Staten Island.

12       Q.    When you lived in Staten Island

13  you also did exams in Manhattan?

14       A.    Yes.

15       Q.    Where did most of your exams

16  take place while you lived in Staten

17  Island?

18            MS. MARLOW:   Objection to form.

19       A.    Reask the question.

20       Q.    When you lived in Staten Island,

21  one of your territories was various zip

22  codes in Staten Island, correct?

23       A.    When I only did exams in Staten

24  Island, yes.

1   care of anything that I needed -- the

2   expenses that I was using for the car, and

3   it was a favor for me to be able to use

4   his car.

5       Q.    And so the reason you choose to

6   perform exams in the city was the public

7   transportation was more available?

8           MS. MARLOW:    Objection to form.

9       A.    No.    I like a change of

10  scenery.    I like the city.    I like

11  diversity.    I like -- I have -- I like

12  working in the city.    That -- I don't

13  like working on the Island.

14      Q.    What would you estimate the

15  longest you ever spent traveling to your

16  first exam for the day was?

17      A.    Where are we talking, Staten

18  Island or Manhattan?

19      Q.    How about we do Staten Island

20  first, Manhattan second.

21      A.    The longest time to get to an

22  exam on Staten Island again ranged from 15

23  to 30 minutes based off where they were.

24  Statin Island is a very big place, but

Page 59

1   there is a lot of traffic.   Manhattan

2   again an hour to an hour and 15, 30

3   minutes, an hour an 30 minutes based off

4   of traffic and where I had to go and what

5   bus I was on.

6       Q.   Give me an estimate of the time

7   you would spend traveling from exam to

8   exam during the course of a work day?

9       A.   Time frame between exam to exam?

10      Q.   Yes.  So now you are at your

11  first exam, and you have other exams

12  during the day, and you have to travel

13  from one exam to the next one; is that

14  correct?

15      A.   It would be based off of where I

16  am going.  Usually half the time I was

17  scheduled, and my one exam would be in say

18  the west side by the highway where there

19  was no trains.  You had to walk, you

20  know, that way to get to the appointment,

21  but then you had to walk back three blocks

22  to get to a train to go into the train to

23  go to the next appointment.  So you are

24  looking at at least -- I am a fast worker.

Page 60

1    I am a New Yorker, so probably time frame

2    from door to door to patient to patient at

3    least 30 minutes, and that is not if the

4    train stalls or you are sitting waiting

5    for a train or, you know, if you miss the

6    train when you first get down there.

7         Q.    Did the travel time patient to

8    patient differ between Staten Island and

9    the city?

10        A.    Yes.

11        Q.    What would the typical travel

12   time be patient to patient in Staten

13   Island?

14        A.    Fifteen to thrity minutes based

15   off of where I had to go.

16        Q.    What would the typical travel

17   time patient to patient be in the city?

18        A.    Patient to patient again 30

19   minutes, maybe 45 depending on where I had

20   to go.

21        Q.    While you worked for Examone,

22   did they try to schedule the exams close

23   to each other to minimize the amount of

24   travel time?

Page 68

1      Q.    And would you do all of this
2  post exam work immediately when you got
3  home?
4      A.    Occasionally I would use the
5  bathroom, but yes.
6      Q.    Approximately how long would you
7  spend doing this post exam work?
8      A.    It varied depending on how much
9  workload I had.   It would take up to two
10  to three hours tops based off of what
11  I -- I had for that day.   Again, it
12  varied.
13      Q.    What is the quickest or fastest
14  it could take?
15      A.    Depending on workload?
16      Q.    Yes.  So, for example, I am
17  assuming if you have one exam in a day,
18  the length of time or amount of time it
19  takes to perform the post exam work is
20  shorter than if you had eight exams a day.
21      A.    Probably I would say if it was a
22  para medical exam, which is a medical
23  breakdown, that is more than four pages on
24  top of the req, which was five, on top of

1    any HIPAA or HIV consents that's five, six

2    -- that is six, seven pages I would have

3    to scan in in order to upload into a PDF

4    and then upload into the system.  So you

5    are thinking between 15 to 30 minutes

6    depending on how my Wifi decides to act

7    that day.

8        Q.    Is it fair to say the post exam

9    work would take anywhere from 15 to 30

10   minutes on the low end to two to three

11   hours on the high end?

12           MS. MARLOW:   Objection to form.

13       A.    Yes.

14       Q.    Earlier we talked about the

15   preexam prep work.   Do you remember that?

16       A.    Yes.

17       Q.    Would you do preexam prep work

18   after you would do the post exam?  What

19   was your practice?

20       A.    It was right after.

21       Q.    So would you get home, do the

22   post exam work, and then you turn to the

23   preexam prep work?

24       A.    I am already in the system, yes.