UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA VECCHIO, *individually, and on behalf of other similarly situated*,

                    Plaintiff,

– against –

QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC. *and* EXAMONE LLC,

                    Defendants.

**ORDER**

19 Civ. 5194 (ER)

RAMOS, D.J.:

    On June 3, 2019, this case was removed from the Supreme Court of New York. Doc. 1. On June 11, it was assigned to this Court as related to *Vecchio v. Quest Diagnostics, Inc.*, No. 16 Civ. 5165 (ER) (KNF) (S.D.N.Y. filed June 29, 2016). The defendants filed their answer in this case on July 1, 2019. Doc. 10. On September 18, 2020, this Court issued an Opinion and Order granting the motion of the defendants in 16 Civ. 5165 to decertify that case's preliminarily certified FLSA collective.

    The parties in this case — the same as in No. 16 Civ. 5165 — are directed to appear for a status teleconference to be held on October 9, 2020, which will be simultaneously held with the conference in 16 Civ. 5165 scheduled in the Court's September 18 Order. The parties are directed to dial (877) 411-9748 and enter access code 302 9857# at that time. As Vecchio has yet to appear in this case, the defendants are directed to serve a copy of this order on her counsel.

It is SO ORDERED.

Dated:   September 18, 2020
             New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.