UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA VECCHIO, *individually, and behalf of all others similarly situated*,

                Plaintiff,

  v.

QUEST DIAGNOSTICS, INC., *et al.*,

                Defendants.

---

MARIA VECCHIO, *individually, and behalf of all others similarly situated*,

                Plaintiff,

  v.

QUEST DIAGNOSTICS, INC., *et al.*,

                Defendants.

**ORDER**

16 Civ. 05165 (ER)
19 Civ. 05194 (ER)

RAMOS, D.J.

The Court is in receipt of the parties' consent letters requesting that the Court lift the stay in these matters. *See* No. 16 Civ. 5165, Doc. 3209; No. 19 Civ. 5194, Doc. 22. The request is GRANTED. The Clerk of Court is respectfully directed to lift the stay in No. 16 Civ. 5165 and No. 19 Civ. 5194.

Pursuant to the parties' agreement, Plaintiff is instructed to seek leave to file an amended complaint, or otherwise provide a status update, by September 27, 2021.

2

It is SO ORDERED.

Dated: September 17, 2021
       New York, New York

                                                                   Edgardo Ramos, U.S.D.J.