# EXHIBIT
# D

**Formula to be used to calculate the approximate Individual Settlement Payments:**

(Number of Claimants/Net Settlement Fund) = Approximate Individual Settlement Payments.