UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARIA VECCHIO, individually and on
behalf of all others similarly situated,

                                        Civil Action No. 1:16-cv-05165-ER-KNF

                             Plaintiff,

        -against-                       The Honorable Judge Edgardo Ramos
                                        Magistrate Judge Kevin Nathaniel Fox

QUEST DIAGNOSTICS INC.,
EXAMONE WORLD WIDE, INC., and
EXAMONE LLC,
                             Defendants.
-------------------------------------------------------------X

MARIA VECCHIO, individually and on       Civil Action No. 1:19-cv-05194-ER-KNF
behalf of all others similarly situated,

                             Plaintiff,

        -against-

QUEST DIAGNOSTICS INC.,
EXAMONE WORLD WIDE, INC., and
EXAMONE LLC,
                             Defendants.
-------------------------------------------------------------X

## NOTICE OF MOTION OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL CONDITIONALLY CERTIFYING THE CLASS AND COLLECTIVE; AND PRELIMINARY APPROVAL OF THE CLASS AND COLLECTIVE ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that upon the Declaration of Salvatore C. Badala and all attached Exhibits thereto; the accompanying Memorandum of Law dated November 19, 2021; and all prior pleadings, Plaintiff's will move this Court before the Honorable Edgardo Ramos, United States District Court Judge in the United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 619, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order granting Plaintiff's Unopposed Motion for Approval Conditionally Certifying the Class and Collective; and Preliminary Approval of the Class and Collective Action Settlement .

Melville, New York
Dated: December 10, 2021                          Respectfully submitted,

                                    NAPOLI SHKOLNIK PLLC

                                    */s/ Salvatore C. Badala*
                                    Salvatore C. Badala (SB 1587)
                                    400 Broadhollow Rd. #305
                                    Melville, New York 11747
                                    Tele: (212) 397-1000
                                    Facsimilie: (646) 843-7603
                                    Email:   sbadala@napolilaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 10, 2021, a copy of the foregoing *Notice of Motion* was filed with the Clerk of Court and served on all counsel of record via the Court's electronic case filing (CM/ECF) system.

/s/ Salvatore C. Badala