**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIA VECCHIO, individually, and on behalf of all others similarly-situated,<br>Plaintiff,<br>v.<br>QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,<br>    Defendants. | The Honorable Judge Edgardo Ramos<br><br>Magistrate Judge Kevin Nathaniel Fox<br><br>Civil Action No.: 1:16-cv-05165-ER-KNF |
| MARIA VECCHIO, individually, and on behalf of all others similarly-situated,<br>Plaintiff,<br>v.<br>QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,<br>    Defendants. | Civil Action No.: 1:19-cv-05194-ER |

**NOTICE OF MOTION OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, SERVICE AWARD, ATTORNEYS' FEES AND EXPENSES, ADMINISTRATION COSTS AND THE ENTRY OF FINAL JUDGMENT**

**PLEASE TAKE NOTICE** that upon the Declaration of Salvatore C. Badala and all attached Exhibits thereto; the accompanying Memorandum of Law dated June 19, 2024; and all prior pleadings, Plaintiff's will move this Court before the Honorable Edgardo Ramos, United States District Court Judge in the United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 619, 40 Foley Square, New York, New York 10007, on June 26, 2024 at 3:30 p.m., or any adjourned date by the court, for an Order granting Plaintiff's Unopposed Motion for Final Approval of Class and Collective Action Settlement, Service Award, Attorneys' Fees and Expenses, Administration Costs and the Entry Of Final Judgment.

Melville, New York
Dated: June 19, 2024          Respectfully submitted,

                               NAPOLI SHKOLNIK PLLC

                               */s/ Salvatore C. Badala*
                               Salvatore C. Badala (SB 1587)
                               400 Broadhollow Rd. #305
                               Melville, New York 11747
                               Tele: (212) 397-1000
                               Facsimilie: (646) 843-7603
                               Email:    sbadala@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2024, a copy of the foregoing *Notice of Motion* was filed with the Clerk of Court and served on all counsel of record via the Court's electronic case filing (CM/ECF) system.

/s/ *Salvatore C. Badala*
Salvatore C. Badala
